UNITED STATES of America,
ex rel., Plaintiff,

Patricia HOWARD, Plaintiff–Appellant,

v.

USA ENVIRONMENTAL, INC.,
Defendant–Appellee.

No. 09–11866.

United States Court of Appeals,
Eleventh Circuit.

Feb. 2, 2010.

Sarah R. Bagley, Alisa J. Roberts, Vienna, VA, for Plaintiff–Appellant.

Robert Thomas Rhoad, Jonathan R. Cone, Crowell & Moring, Washington, DC, Karen Meyer Buesing, Akerman Senterfitt, Tampa, FL, for Defendant–Appellee.

Before BARKETT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

We affirm the district court's dismissal of this case for the reasons expressed in its Order of January 19, 2009, 2009 WL 113444.

AFFIRMED.